IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANN-MARIE A. CAMPBELL,

  Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

  Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3341-TWT

**ORDER**

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge that the Defendant's Motion to Dismiss [Doc. 6] be granted in part and denied in part. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 6] is GRANTED in part and DENIED in part.

SO ORDERED, this 12 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Campbell\r&r.wpd