IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANN-MARIE A. CAMPBELL,

   Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3341-TWT

**ORDER**

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 32] of the Magistrate Judge recommending that the Defendant's Motion for Summary Judgment [Doc. 25] be granted. No objections to the Report and Recommendation have been filed. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, there is no genuine issue of disputed fact as to the Plaintiff's breach of contract and wrongful foreclosure claims. The Plaintiff has failed to show that any failure to comply with HUD regulations caused her any damage. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 25] is GRANTED.

T:\ORDERS\14\Campbell\r&r2.wpd

SO ORDERED, this 27 day of October, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge